176 So.2d 452

**J. J. LaPLACE, Jr.**

**v.**

**Mildred E. MINKS and Hardware Dealers Mutual Fire Insurance Company.**

**No. 47839.**

July 2, 1965.

In re: J. J. LaPlace, Jr., applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Iberville. 174 So.2d 895.

Writs refused. We find no error of law in the ruling complained of.